# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:06-0441 GEB
     )
VIRGILIO PINEDA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **VIRGILIO PINEDA** aka Angelo Mascotte

Detained at (custodian): **NORCO**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: **21 U.S.C. § 846 and 841(a)(1) - Conspiracy to Distribute and to Possess with Intent to Distribute Heroin**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Jill M. Thomas
Printed Name & Phone No: **JILL M. THOMAS (916) 554-2781**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 24, 2011                        /s/ Kendall J. Newman
Date                                          United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | MASCOTTE ANGELO | Male ☒ | Female ☐ |
| Booking or CDC #: | AE9371 | DOB: | 11/01/1981 |
| Facility Address: | 5TH and Western Ave | Race: | |
| | Norco CA 91760 | FBI #: | |
| Facility Phone: | 951-737-5911 | | |
| Currently Incarcerated For: | VC2800.2(A); PC 594(A); HS 11379(A); HS 11378 | | |

### RETURN OF SERVICE

Executed on _____ by _____

                                                                   (Signature)