DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
VIRGILIO PINEDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>VIRGILIO PINEDA<br><br>       Defendant. | No. 2:06-CR-441 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.        By previous order, this matter was set for status on January 25, 2013.

2.        By this stipulation, the defendants now move to continue the status conference until February 22, 2013, at 9:00 a.m., and to exclude time between January 25, 2013, and February 22, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3.        The parties agree and stipulate, and request that the Court find the following:

a.        The government has represented that the discovery associated with this case

includes approximately 273 pages of investigative reports, audio recordings, and photos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b. Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.  Additionally, at the request of the defense, the Probation Department has completed a Pre-Plea report.  The parties are working to see if this case may resolve by plea agreement and need additional time.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2013, and February 22, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 24, 2013                              BENJAMIN WAGNER
                                                     U.S. ATTORNEY

                                            by:     /s/ David D. Fischer for
                                                     JILL THOMAS
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Dated: January 24, 2013                              /s/  David D. Fischer
                                                     DAVID D. FISCHER
                                                     Attorney for Defendant
                                                     VIRGILIO PINEDA

**O R D E R**

IT IS SO FOUND AND ORDERED.

**Date:   1/24/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3