UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRGILIO PINEDA,<br><br>　　　　Defendant. | No. 2:06-CR-00441-09-GEB<br><br>**ORDER** |

　　　　On December 22, 2015, Defendant Virgilio Pineda filed, in pro per, a motion for modification of his sentence under 18 U.S.C. § 3582(c)(2). (ECF No. 564.) Specifically, Defendant argues the retroactive post-sentencing reduction of his base offense level justifies a reduction of his sentence.

　　　　On July 26, 2016, the Office of the Federal Defender filed a notice stating it "will not file a supplement to defendant's pro se motion[.]" (ECF No. 566.)

　　　　The government shall file a written response to Defendant's motion within thirty (30) days of the date on which this Order is filed.

Dated: July 28, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1