UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00441-09-GEB |
| Plaintiff, | |
| v. | **ORDER CONCERNING THE FAILURE OF THE UNITED STATES TO FILE A TIMELY RESPONSE TO AN ORDER** |
| VIRGILIO PINEDA, | |
| Defendant. | |

The United States failed to comply with the order filed on July 28, 2016. (ECF No. 567.) The United States shall file a written response to the order no later than September 22, 2016.

Dated: September 15, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

1